# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ERIC BLINMAN,**

    Plaintiff

v.                                           No. 1:23-cv-00431-KG-JMR

**GOVERNOR MICHELLE LUJAN GRISHAM, et al.,**

    Defendants.

## ERRATA IN DEFENDANTS' MOTION FOR PROTECTIVE ORDER [DOC. 76]

COMES NOW Defendant Governor Michelle Lujan Grisham, by and through counsel of record, SERPE ANDREWS, PLLC (Cody R. Rogers and Hope Pendleton) state it was noted on Defendants' Motion for Protective Order [Doc. 76] that "Plaintiff's position on this Motion was requested but not received prior to the filing of this Motion." Plaintiff has since noted his opposition to Defendants' Motion for Protective order and the record should reflect his opposition.

                                                     Respectfully submitted,

                                                     **Serpe | Andrews, PLLC**

                                                     */s/ Cody R. Rogers*
                                                     Cody R. Rogers
                                                     Hope Pendleton
                                                     2540 El Paseo Road, Suite D
                                                     Las Cruces, NM 88001
                                                     Tel. (575) 288-1453
                                                     crogers@serpeandrews.com
                                                     hpendleton@serpeandrews.com
                                                     *Attorneys for State Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of February, 2025, a copy of the foregoing was delivered electronically to all counsel of record via this Court's CM/ECF filing and service system.

*/s/ Cody R. Rogers*
Cody R. Rogers
**SERPE | ANDREWS, PLLC**