IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC BLINMAN,

       Plaintiff,

v.                                                                       1:23-cv-00431-KG-JMR

MICHELLE LUJAN GRISHAM,
individually and as Governor of the State
of New Mexico, STATE OF NEW MEXICO,
STATE OF NEW MEXICO OFFICE OF THE
GOVERNOR, NEW MEXICO DEPARTMENT
OF CULTURAL AFFAIRS, MICHELLE
GALLAGHER ROBERTS, individually and as
Deputy Secretary of the New Mexico State
Department of Cultural Affairs, KEN LUCERO,
individually and as Director of Human Resources
for the New Mexico State Department of Cultural
Affairs, STATE OF NEW MEXICO RISK
MANAGEMENT DIVISION, STATE OF NEW
MEXICO OFFICE OF ARCHEOLOGICAL
STUDIES, and YET-TO-BE IDENTIFIED
CO-CONSPIRATORS,

       Defendants.

**ORDER SETTING ZOOM INFORMAL DISCOVERY CONFERENCE**

       On February 21, 2025, the parties requested an informal discovery conference via phone call to chambers.

       IT IS HEREBY ORDERED that an informal discovery conference will be held via Zoom on **Tuesday, February 25, 2025**, at **4:00 p.m. Mountain Time**. The invitation to the Zoom meeting will be docketed as a separate docket entry and will be viewable only by the parties. The Court asks that all participants log in to the Zoom conference ten minutes prior to the starting time in case there are any technical issues that need to be addressed. **Recording or broadcasting of this hearing is prohibited.**

Following an informal discovery conference, the Court typically issues a written order memorializing any matter decided during the conference.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge