IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC BLINMAN,

    Plaintiff,

v.                                      1:23-cv-00431-KG-JMR

MICHELLE LUJAN GRISHAM,
individually and as Governor of the State
of New Mexico, STATE OF NEW MEXICO,
STATE OF NEW MEXICO OFFICE OF THE
GOVERNOR, NEW MEXICO DEPARTMENT
OF CULTURAL AFFAIRS, MICHELLE
GALLAGHER ROBERTS, individually and as
Deputy Secretary of the New Mexico State
Department of Cultural Affairs, KEN LUCERO,
individually and as Director of Human Resources
for the New Mexico State Department of Cultural
Affairs, STATE OF NEW MEXICO RISK
MANAGEMENT DIVISION, STATE OF NEW
MEXICO OFFICE OF ARCHEOLOGICAL
STUDIES, and YET-TO-BE IDENTIFIED
CO-CONSPIRATORS,

    Defendants.

## ORDER SETTING HEARING ON DISCOVERY MOTIONS

THIS MATTER comes before the Court on three discovery motions: (1) Plaintiff's Motion to Compel the Deposition of Defendant Governor Michelle Lujan Grisham, filed on January 17, 2025. Doc. 66. Defendant filed a response (Doc 75) and Plaintiff filed a reply (Doc. 82). (2) Defendant Governor Michelle Lujan Grisham's Motion for Protective Order, filed February 14, 2025. Doc. 76. Plaintiff filed a response (Doc. 83). Defendant's reply is due on March 12, 2025. (3) Plaintiff's Motion to Compel Defendant's Answers to Interrogatories and Production of Documents and for Sanctions, Including an Award for Attorney's Fees and Costs, filed on February 25, 2025. Defendant's response is due on March

11, 2025. Plaintiff's reply is due on March 25, 2025. Having reviewed the briefing that has been filed at this point, the Court will set a hearing on these discovery motions. In order to allow the Court adequate time to review all materials before the hearing, **the parties may not extend the deadline for any response or reply without Court approval.**

    IT IS HEREBY ORDERED that all parties shall appear before me on **Wednesday, April 2, 2025, at 2:00 p.m. MDT at the United States Courthouse, 4th Floor, Hondo Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico**.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge