IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC BLINMAN,

    Plaintiff

v.                                             No. 1:23-cv-00431-KG-JMR

GOVERNOR MICHELLE LUJAN GRISHAM, et al.,

    Defendants.

### NOTICE OF ERRATA TO DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [DOC. 87]

COMES NOW Defendant Governor Michelle Lujan Grisham, by and through counsel of record, SERPE ANDREWS, PLLC (Cody R. Rogers and Hope Pendleton) state it filed their Reply in Support of Defendant Governor Michelle Lujan Grisham's Motion for Protective Order [Doc. 87] as a "Response" in the CM/ECF filing and serve system. This was a clerical error and should have been filed as a "Reply" in the CM/ECF filing and serve system.

Respectfully submitted,

**Serpe | Andrews, PLLC**

*/s/ Cody R. Rogers*
Cody R. Rogers
Hope Pendleton
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
Tel. (575) 288-1453
crogers@serpeandrews.com
hpendleton@serpeandrews.com
*Attorneys for State Defendant*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of March, 2025, a copy of the foregoing was delivered electronically to all counsel of record via this Court's CM/ECF filing and service system.

*/s/ Cody R. Rogers*
Cody R. Rogers
**SERPE | ANDREWS, PLLC**