IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. ERIC BLINMAN,

        Plaintiff,

v.                                                      Case No. 1:23-cv-00431-KG-JMR

GOVERNOR MICHELLE LUJAN GRISHAM, *et al.*,

        Defendants.

**NOTICE OF ERRATA REGARDING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND FOR SANCTIONS, INCLUDING AN AWARD FOR ATTORNEY'S FEES AND COSTS**

**COMES NOW** the Plaintiff, by and through his counsel, Merit Bennett of The Bennett Law Group, LLC, and hereby gives notice of errata regarding Plaintiff's Motion to Compel Defendants' Answers to Interrogatories and Production of Documents and for Sanctions, Including an Award for Attorney's Fees and Costs [ECF 81]. The subject Motion inadvertently incorrectly referred to Requests For Production of Documents to All Defendants No. 5 ("RFP to All Defs). There is no RFP to All Defs No. 5. The motion should correctly refer to RFP to All Defs Nos. 2 & 3, and RFPs to State of NM and NMDCA Nos. 2, 4(5)(6) and 5. Further, Plaintiff's Motion at Exhibit A [ECF 81-1] inadvertently fails to attach referenced Interrogatory 3 to Defendant Michelle Gallagher Roberts and Defendant Garcia y Griego. Plaintiff hereby gives notice of errata in regards to the above-referenced corrections and supplements Exhibit A to his motion as attached hereto.

                                                Respectfully submitted,

                                                THE BENNETT LAW GROUP, LLC

                                                By: _____

Merit Bennett, *Esq*.
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Ph: 505-983-9834 | Fax: 505-983-9836
Email: mb@thebennettlawgroup.com
*Attorney for Plaintiff Dr. Eric Blinman*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>SERPE ANDRES, PLLC
>2540 El Paseo, Suite D
>Las Cruces, New Mexico 88001
>Ph: 575-288-1453
>Hope Pendleton, *Esq*.
>Email: hpendleton@serpeandrews.com
>Cody Rogers, *Esq*.
>Email: crogers@serpeandrews.com
>*Attorneys for State Defendants*

>and

>Nick Autio. Esq.
>NM Local Government Law, LLC
>6121 Indian School Road NE, Suite 202
>Albuquerque, New Mexico 87110
>Ph: 505-889-0983
>Email: nick@nmlgl.com
>*Attorney for Defendant Ken Lucero*

 /s/ Merit Bennett
Merit Bennett, *Esq*.
*Attorney for Plaintiff*