IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC BLINMAN,

    Plaintiff

v.

                                CASE No. 1:23-cv-00431-KG-JMR

GOVERNOR MICHELLE LUJAN GRISHAM, et al.,

    Defendants.

**DEFENDANTS GOVERNOR MICHELLE LUJAN GRISHAM, CABINET SECRETARY DEBRA GARCIA Y GRIEGO AND DEPUTY CABINET SECRETARY MICHELLE GALLAGHER ROBERTS' MOTION FOR EXCUSAL FROM SETTLEMENT CONFERENCE**

COME NOW Defendants Governor Michelle Lujan Grisham, Cabinet Secretary Debra Garcia y Griego and Deputy Cabinet Secretary Michelle Gallagher Roberts, by and through their counsel of record, Serpe Andrews, PLLC (Cody Rogers and Hope Pendleton), hereby move this Court for an order excusing them from personally attending the settlement conference scheduled for August 14, 2025 at 9:00 a.m. at the United States Courthouse, 4th Floor, Chama Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico, and, as grounds therefore, state:

1. In-person attendance by these individuals would represent a significant burden to them and to the State of New Mexico. These individuals would have to be off work for essentially the entire day and would have to travel to Albuquerque from Santa Fe and back.

2. A Representative from the Risk Management Division, Laura Unklesbay, will be in attendance with full and final authority to settle all claims for all Defendants, including

these Defendants, if a decision were made to do so. Ms. Unklesbay will make the decision as to whether to settle, not the individual defendants. We anticipate dismissal of the claims against individual defendants would be a term of any settlement agreement.

3. Should it develop during the settlement conference that information from any of these individuals was needed, Defendants would be happy to make arrangements for them, or a representative on their behalf, be available by telephone.

4. Plaintiff's counsel does not oppose this motion.

**WHEREFORE**, Defendants Governor Michelle Lujan Grisham, Cabinet Secretary Debra Garcia y Griego and Deputy Cabinet Secretary Michelle Gallagher Roberts respectfully request that the Court enter an order excusing them from personally attending the settlement conference scheduled for August 14, 2025, with an understanding that they could be available by telephone if needed, and for such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    **SERPE | ANDREWS, PLLC**

    By */s/ Cody R. Rogers*
    Cody R. Rogers
    Hope Pendleton
    2540 El Paseo Road, Suite D
    Las Cruces, NM 88001
    Tel. (575) 288-1453
    crogers@serpeandrews.com
    hpendleton@serpeandrews.com
    ***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of August 2025, I filed the foregoing through this Court's CM/ECF File and Serve, causing a true and correct copy of the same to be served upon all registered parties of record as more fully reflected in the Notice of Electronic Filing.

*/s/Cody R. Rogers*
Cody R. Rogers
Serpe Andrews, PLLC
