IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC BLINMAN,

    Plaintiff,

v.                                          1:23-cv-00431-KG-JMR

MICHELLE LUJAN GRISHAM, et al.,

    Defendants.

## ORDER SETTING PRE-SETTLEMENT CONFERENCES

In preparation for the settlement conference set for Thursday, August 14, 2025, the Court will conduct separate telephonic pre-settlement conferences with counsel for plaintiff(s) and counsel for defendant(s):

Counsel for Plaintiff(s):  **Monday, August 11, 2025, at 9:00 a.m.**  Plaintiff's counsel shall call chambers at 505-348-2300 at the scheduled time.

Counsel for Defendant(s):  **Monday, August 11, 2025, at 2:00 p.m.**  The Court will call defendants' counsel at the scheduled time.

JENNIFER M. ROZZONI
United States Magistrate Judge