# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Jennifer M. Rozzoni,**
**United States Magistrate Judge**

## CLERK'S MINUTES

**CASE TITLE**:   *Blinman v. Grisham et al*     **DATE**:   Monday, August 11, 2025
                                                              Tuesday, August 12, 2025

**CASE No**:   1:23-cv-00431-KG-JMR

**TYPE OF PROCEEDING**:   *Pre-Settlement Conferences*

**ATTORNEY(S) FOR PLAINTIFF(S):**   Merit Bennett

**Time in Conference:**   25 minutes

**ATTORNEY(S) FOR DEFENDANT(S):**   Cody R. Rogers and Hope Pendleton

**Time In Conference:**   20 minutes

The Court held separate pre-settlement conferences with attorneys for plaintiff(s) and defendant(s) in preparation for the settlement conference on Thursday, August 14, 2025.