# Re: Blinman v Lujan Grisham, et.al. | Extension of Deadlines

**Merit Bennett**
Mon 9/8/2025 1:03 PM

To: Hope Pendleton <HPendleton@serpeandrews.com>;

Cc: Cody Rogers <crogers@serpeandrews.com>; Corina Marrufo <cmarrufo@serpeandrews.com>; staff <staff@thebennettlawgroup.com>;

Hope,

I apologize for not clarifying the extent of our request. At this time, we are requesting an extension of 90 days to allow new counsel to get up to speed and coordinate with your office to depose the previously identified individuals, including the Defendants, whom I assume you are not currently prepared to produce for deposition within 30 days.

Please advise by close of business today if you will agree to an extension of 90 days for the discovery-related deadlines.

Thanks,

Merit

*Merit Bennett*

**THE BENNETT LAW GROUP LLC**

_____

Attorneys at Law

**New Mexico Office:**
460 St. Michael's Drive, Suite 801
Santa Fe, New Mexico 87505
Phone: (505) 983-9834
Fax: (505) 983-9836
**Hawai'i Office:**
1050 Bishop Street, Suite 302
Honolulu, Hawai'i 96813
**Colorado Office:**
1624 Market Street, Suite 226 #19008
Denver, Colorado 80202-2523
www.thebennettlawgroup.com

*"Now, we must all fear evil men. But there is another kind of evil which we must fear most, and that is the indifference of good men."*

(Monsignor, character in the 1999 movie *The Boondock Saints*, written and directed by Troy Duffy)

==========================================================================================
NOTE: The information in this email, and any files attached to it, is from a law firm and is confidential and legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the sole responsibility of the recipient to ensure that it is virus free before opening. PLEASE NOTE: If you are a client, do not forward this email to anyone, because doing so may cause you to waive the attorney-client privilege or other protected communications.
==========================================================================================

**From:** Hope Pendleton <HPendleton@serpeandrews.com>
**Sent:** Monday, September 8, 2025 7:02 AM
**To:** Merit Bennett
**Cc:** Cody Rogers; Corina Marrufo; staff
**Subject:** RE: Blinman v Lujan Grisham, et.al. | Extension of Deadlines

Good morning, Merit:

I am sorry to hear that you have been experiencing medical issues. I hope you feel better soon.

In regard to your request, we are fine with a short extension, approximately 30 days, but we are not okay with an indefinite extension of these deadlines.

Thank you and have a great week.

Hope

**Hope Pendleton**

Associate Attorney



4001 OFFICE COURT DRIVE | SUITE 203-204 | SANTA FE, NEW MEXICO 87507

713.452.4401 Direct | 713.452.4400 Ext.4620 Main | 713.452.4499 fax

hpendleton@serpeandrews.com | www.serpeandrews.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the individual(s) or organization named above. If you are not the intended recipient or an authorized representative of the recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email or phone, and delete this email from your system.

---

**From:** Merit Bennett <mb@thebennettlawgroup.com>
**Sent:** Friday, September 5, 2025 9:44 AM
**To:** Hope Pendleton <HPendleton@serpeandrews.com>
**Cc:** Cody Rogers <crogers@serpeandrews.com>; Corina Marrufo <cmarrufo@serpeandrews.com>; staff <staff@thebennettlawgroup.com>
**Subject:** Re: Blinman v Lujan Grisham, et.al. | Extension of Deadlines

Cody and Hope,

As a follow-up to my previous email, we will need to file the motion to extend on Monday, so if we do not hear from you by Monday, we will assume that you oppose the motion.

Best,

Merit

*Merit Bennett*

**THE BENNETT LAW GROUP LLC**

Attorneys at Law

**New Mexico Office:**
460 St. Michael's Drive, Suite 801
Santa Fe, New Mexico 87505
Phone: (505) 983-9834
Fax: (505) 983-9836
**Hawai'i Office:**
1050 Bishop Street, Suite 302
Honolulu, Hawai'i 96813
**Colorado Office:**
1624 Market Street, Suite 226 #19008
Denver, Colorado 80202-2523
**www.thebennettlawgroup.com**

> "Now, we must all fear evil men. But there is another kind of evil which we must fear most, and that is the indifference of good men."
>
> (Monsignor, character in the 1999 movie *The Boondock Saints*, written and directed by Troy Duffy)

==================================================================================================================================================

NOTE: The information in this email, and any files attached to it, is from a law firm and is confidential and legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Please advise the sender immediately by reply email and delete this message and any

attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the sole responsibility of the recipient to ensure that it is virus free before opening. PLEASE NOTE: If you are a client, do not forward this email to anyone, because doing so may cause you to waive the attorney-client privilege or other protected communications.

================================================================================================================

On 9/5/2025 7:21 AM, Merit Bennett wrote:

> Cody and Hope,
>
> As you may know, I was forced to cancel the deposition of Defendant Teresa Casados due to mold exposure at my office prompting an urgent relocation from the office space.  That same exposure has also resulted in serious health-related complications, all of which has significantly disrupted case preparation activities and necessitated the cancellation of the scheduled deposition.
>
> Due to health-related complications arising from mold exposure I am being forced to step back from my practice to focus on my health.
>
> I am in the process of identifying and retaining substitute counsel, but I have not yet  secured new representation for Mr. Blinman so that depositions can be conducted.
>
> I would like to move the Court for an extension of the discovery and all current related deadlines.
>
> Please adivse regarding your position on the matter.
>
> Thanks,
>
> Merit
>
> *Merit Bennett*
>
> **THE BENNETT LAW GROUP LLC**
>
> _____
>
> Attorneys at Law
>
> **New Mexico Office:**
> 460 St. Michael's Drive, Suite 703
> Santa Fe, New Mexico 87505
> Phone: (505) 983-9834
> Fax: (505) 983-9836
> **Hawai'i Office:**
> 1050 Bishop Street, Suite 302
> Honolulu, Hawai'i 96813
> **Colorado Office:**
> 1624 Market Street, Suite 226 #19008
> Denver, Colorado 80202-2523
> www.thebennettlawgroup.com
>
> **"Now, we must all fear evil men. But there is another kind of evil which we must fear most, and that is the indifference of good men."**
>
> (Monsignor, character in the 1999 movie *The Boondock Saints*, written and directed by Troy Duffy)
>
> ================================================================================================================
> NOTE: The information in this email, and any files attached to it, is from a law firm and is confidential and legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the sole responsibility of the recipient to ensure that it is virus free before opening. PLEASE NOTE: If you are a client, do not forward this email to anyone, because doing so may cause you to waive the attorney-client privilege or other protected communications.
> ================================================================================================================