IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC BLINMAN,

    Plaintiff,

v.                                                      1:23-cv-00431-KG-JMR

MICHELLE LUJAN GRISHAM, *et al.*,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES

THIS MATTER comes before the Court on Plaintiff's Motion to Extend Discovery and Related Deadlines. Doc. 125. The Court discussed the motion during a status conference on September 19, 2025. After discussion, both parties agreed to a 120-day extension of the outstanding case management deadlines. The Court finds good cause to grant the extension. Plaintiff's motion is GRANTED. Case management deadlines are extended as follows:

| | | |
|---|---|---|
| a) | Termination date for discovery: | January 13, 2026 |
| b) | Motions relating to discovery to be filed by: | January 27, 2026 |
| c) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | February 10, 2026 |

JENNIFER M. ROZZONI  
United States Magistrate Judge