IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. ERIC BLINMAN,
Former Director, New Mexico Office
of Archeological Studies,
    Plaintiff,

v.                                        Case No.: 1:23-cv-00431-KG-JMR

GOVERNOR MICHELLE LUJAN GRISHAM,
Individually and as Governor of the State of New Mexico;
STATE OF NEW MEXICO OFFICE OF THE GOVERNOR,
STATE OF NEW MEXICO; NEW MEXICO STATE DEPARTMENT
OF CULTURAL AFFAIRS; DEBRA GARCIA Y GRIEGO, Individually
And as Secretary of the New Mexico Department of Cultural Affairs;
MICHELLE GALLAGHER ROBERTS, Individually and as Deputy
Secretary of the New Mexico State Department of Cultural Affairs;
KEN LUCERO, Individually and as Director of Human Resources for
The New Mexico State Department of Cultural Affairs; STATE OF
NEW MEXICO RISK MANAGEMENT DIVISION; STATE OF NEW
MEXICO OFFICE OF ARCHEOLOGICAL STUDIES; and YET-TO-
BE-IDENTIFIED STATE DEPARTMENTS or AGENCIES or STATE
EMPLOYEES AND/OR AGENTS OF ANY DEFENDANT,
    Defendants.

## ORDER GRANTING VOLUNTARY WITHDRAWAL OF PARTIES AND AMENDING CAPTION

THIS MATTER having come before the Court on the Stipulated Voluntary Withdrawal of Parties and Amendment of Caption, and the Court being otherwise fully advised,

IT IS HEREBY ORDERED that Defendants Governor Michelle Lujan Grisham, Individually and as Governor of the State of New Mexico; State of New Mexico Office of the Governor, State of New Mexico; State of New Mexico Risk Management Division; and Yet-To-Be-Identified State Departments or Agencies or State Employees and/or Agents of any Defendant are dismissed and withdrawn as parties to this action, without prejudice, pursuant Rule 1-041 NMRA.

IT IS FURTHER ORDERED that the Court caption shall be amended as follows:

DR. ERIC BLINMAN,
Former Director, New Mexico Office
of Archeological Studies,

Plaintiff,

v.  Case No. 1:23-cv-00431-KG-JMR

NEW MEXICO STATE DEPARTMENT
OF CULTURAL AFFAIRS;
DEBRA GARCIA Y GRIEGO,
Individually and as Secretary of the NMDCA;
MICHELLE GALLAGHER ROBERTS,
Individually and as Deputy Secretary of NMDCA;
and STATE OF NEW MEXICO OFFICE
OF ARCHEOLOGICAL STUDIES,

Defendants.

    IT IS FURTHER ORDERED that all remaining claims and parties are unaffected by this Order.

    IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted By:

SAUCEDO HARRIGAN APODACA
GRIESMEYER APODACA PC
*/s/ Christopher T. Saucedo*
Christopher T. Saucedo
Ryan Harrigan
Brian Griesmeyer
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
(505) 338-3945
chris@shalawnm.com
ryan@shalawnm.com
brian@shalawnm.com
**Attorney for Plaintiff Dr. Eric Blinman**
Approved:

SERPE ANDREWS, PLLC
*/s/ Cody Rogers with permission*
Cody Rogers, Esq.
Hope Pendleton, Esq.
2540 El Paseo, Suite D
Las Cruces, NM 88001
(575) 288-1453
crogers@serpeandrews.com
hpendleton@serpeandrews.com
**Attorneys for Defendants**